IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CRAIG R. SUMTER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-148
)
LEONARD SUMTER, JR.; GLORIA )
SUMTER; I.B. BROWNLOW; JOHN )
DOE; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which Plaintiff has filed an objection (Doc. 11). Plaintiff's objections do not correct the errors recognized by the Magistrate Judge and are otherwise without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA